_____

No. 96-1792SI
_____

United States of America,        *
                                 *
               Appellee,         *    Appeal from the United States
                                 *    District Court for the Southern
     v.                          *    District of Iowa.
                                 *
Odell Whitfield,                 *    [UNPUBLISHED]
                                 *
               Appellant.        *
_____

            Submitted:  June 20, 1996

             Filed:  July 9, 1996
_____

Before FAGG, JOHN R. GIBSON, and BOWMAN, Circuit Judges.
_____

PER CURIAM.

     Odell Whitfield appeals the district court's order revoking
Whitfield's supervised release and imposing a combined six-month prison
term and additional 30-month supervised release term equal to Whitfield's
original 36-month term of supervised release.  See 18 U.S.C. § 3583(e)(3).
Having considered the record and the parties' briefs, we conclude the
district court properly revoked Whitfield's supervised release.  We also
conclude the district court properly imposed a combined prison term less
than the maximum term authorized under § 3583(e) and additional supervised
release term after imprisonment.  We thus affirm the district court.  See
8th Cir. R. 47B.

     A true copy.

        Attest:


        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.